# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 832 | **DATE** | December 14, 2007 |
| **CASE TITLE** | USA vs. CHRISTOPHER FERSZT | | |

**DOCKET ENTRY TEXT**

Detention hearing held. The Court finds that the defendant is the person named in the arrest warrant. Order defendant removed to the U.S. District Court for the Eastern District of Michigan. Defendant is to appear before the Magistrate Judge at the U.S. District Court for the Eastern District of Michigan on December 18, 2007 at 2:00pm. Bond is set at $50,000.00 to be secured with $2,500.00 cash.

00:30

| | Courtroom Deputy Initials: | JS |
|---|---|---|