CH

**FILED**

JAN 0 8 2008
Jan 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Ruth A Brissaud
United States District Court
Federal Building, 1st Floor
600 Church Street
Flint, MI 48502

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Larry Carrick_  ☐ Agent ☐ Addressee

B. Received by (Printed Name): Larry Carrick
C. Date of Delivery: 1/4/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07cr832

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0001 7312 0743

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

RECEIVED JAN 0 8 2008 MICHAEL W. DOBBINS CLERK U.S. DISTRICT COURT